IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANDREW JONES,

      Appellant,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D14-4288

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed October 8, 2015.

An appeal from the Circuit Court for Leon County.
Terry P. Lewis, Judge.

Jeffrey E. Lewis, Regional Counsel, and Melissa Joy Ford, Assistant Conflict Counsel, Office of Criminal Conflict and Civil Regional Counsel, Region One, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      We affirm Appellant's judgment and sentence. However, because the trial court was without jurisdiction to consider or rule upon Appellant's motion to

withdraw plea filed after the notice of appeal, we reverse the order denying the motion and remand for the trial court to dismiss the motion. See Adkinson v. State, 36 So. 3d 836 (Fla. 1st DCA 2010); Hines v. State, 32 So. 3d 678 (Fla. 1st DCA 2010).

AFFIRMED in part; REVERSED in part and REMANDED with instructions.

LEWIS, WETHERELL, and MAKAR, JJ., CONCUR.